

9242 W Union Hills Dr., Suite 102, Peoria, AZ 85382
602.866.0721 office • 888.866.0721 toll free • 602.866.0722 fax
www.jomaxrecovery.com

September 27, 2024

United States Bankruptcy Court
Central District of Illinois
216 Federal Building
100 N.E. Monroe St
Peoria, IL 61602-1003

FILED
TIME _____
OCT - 2 2024
ADRIENNE D. ATKINS, CLERK
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

RE: **Notice of Appearance**
    Debtor:    Spencer Curtale
    Case No.:   24-80740
    Our Client:  Platte River Insurance Company
    Our File:   23874 & 23873

Dear Clerk of the Court:

Please take notice that Jomax Recovery Services, as authorized agent for Platte River Insurance Company, a creditor in the above-referenced case, hereby requests that all notices given or required to be given, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure, be given and served upon:

    Platte River Insurance Company
    c/o Jomax Recovery Services
    9242 W. Union Hills Drive #102
    Peoria, AZ 85382

A copy of this notice is attached, to be date stamped and returned to our office in the pre-stamped envelope provided. Please let me know if you have questions.

Sincerely,

Machelle DeBruin
Legal Coordinator

:MD
Encl.

cc:    Platte River Insurance Company