Form ofixtmclm

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:*  Spencer Curtale                               *Case No.:*  24–80740
*Debtor*

                                                        *Chapter:*  7

---

# ORDER – NOTICE FIXING TIME FOR FILING CLAIMS

It now appearing that there may be assets in this case, that a time should be fixed for filing claims to share in such assets, and that creditors must file a claim to share in any distribution from the estate.

The deadline to file a proof of claim for all creditors (except for a governmental unit) is **2/19/25**.

The deadline to file a proof of claim for a governmental unit is 180 days from the date of the order for relief (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)), or **2/19/25**, whichever is later.

Claims must be filed with the office of the Clerk of the U.S. Bankruptcy Court on or before this date.

**IT IS FURTHER ORDERED** that notice of the date fixed for filing be mailed to all creditors and parties in interest herein.

*Note: If you have already filed a claim in this case, you may disregard this notice.*

*Entered:* 11/19/24

                                                        /S/   Peter W. Henderson
                                                        United States Bankruptcy Judge

**Please go to our website at http://www.ilcb.uscourts.gov to file your claim electronically. No login or password is required to file a claim electronically on our website.**

A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/forms/bankruptcy–forms) or at any bankruptcy clerk's office.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.